DATE: 11/07/14         JUDGE: O'GRADY
                       REPORTER: N. Linnell

START: 11:19

FINISH: 12:29

CIVIL ACTION NUMBER: 1:14cv26

JOYCE BANIN, et.al.

V.

BIGGS J. BYERSON, et.al.

Appearances of counsel for (X) Plaintiff   (X) Defendant

Defendant's [94] Motion for Summary Judgment – argued and denied without prejudice.

Plaintiff's [97] Motion in Limine to rule on items of evidence proffered for trial – argued and the Court rules that the video tape is admissible. Argument heard re other items of evidence and taken under advisement.

Order to follow.